COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Alphonson Damon Malone v. The State of Texas

Appellate case number:   01-14-00054-CR

Trial court case number: 1899612

Trial court:             County Criminal Court at Law No. 8 of Harris County

The reporter's record in this case was due February 4, 2014. *See* TEX. R. APP. P. 35.1. On February 26, 2014, this court granted Sondra Humphrey, the court reporter, an extension of time for filing the record to April 4, 2014, with no further extensions. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We ORDER Sondra Humphrey, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 20 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                   ☒ Acting individually     ☐ Acting for the Court

Date: May 13, 2014